IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| APRIL C. MITCHELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-cv-0844 |
| | ) | Judge Trauger |
| CITY OF NASHVILLE, UNITED STATES OF | ) | Magistrate Judge Bryant |
| AMERICA, STATE OF TENNESSEE, and | ) | |
| DEPARTMENT OF HOMELAND SECURITY | ) | |
| OF WASHINGTON, DC, | ) | |
| | ) | |
| Respondents. | ) | |

## O R D E R

The *pro se* plaintiff has filed documents (Docket Nos. 8-15), which the court will construe as objections to the Report and Recommendation (Docket No. 6). The court finds the plaintiff's documents as inscrutable as the Magistrate found her original documents. The court cannot sustain an objection it cannot understand. To the extent these documents constitute objections, they are **OVERRULED**.

The Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) for frivolity and failure to state a claim upon which relief may be granted.

It is so **ORDERED.**

Enter this 20th day of October 2008.

_____
ALETA A. TRAUGER
U.S. District Judge